# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

A-1 CONTRACTORS OF
LOUISIANA, INC.

VERSUS

SPINKS CONSTRUCTION, INC.
AND TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

NO.  2021 CW 0800

**OCTOBER 5, 2021**

---

In Re:  A-1 Contractors of Louisiana, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 550857.

---

**BEFORE:  WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT